July 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICIA MARTIN, Appellant

NO. 14-14-00033-CV                                    V.

GREGG BRINKLEY AND SARAH BRINKLEY, Appellees

_____

This cause, an appeal from the judgment signed October 14, 2013 in favor of appellees Gregg Brinkley and Sarah Brinkley, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Patricia Martin to pay all costs incurred in this appeal.

We further order this decision certified below for observance.